# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMAS, CLARENCE | SUPREME COURT OF THE UNITED STATES | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ASSOCIATE JUSTICE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D. C. 20543

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Horatio Alger Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/23/18 | University of Kansas School of Law - teaching | $10,000.00 |
| 2. 8/27/18 | George Washington University School of Law -teaching | $10,000.00 |
| 3. 10/15/18 | University of Georgia School of Law - teaching | $8,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Liberty Consulting, Inc. - salary and benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University Club of New York | 2/8/2018 | New York, NY | Guest speaker | Transportation, meals, and lodging |
| 2. | Federalist Society Texas Chapters Conference | 9/8/2018 | Fort Worth, TX | Guest speaker | Transportation, meals, and lodging |
| 3. | University of Kansas School of Law | 1/23/2018 | Lawrence, KS | Teaching | Transportation, meals, and lodging |
| 4. | Univeristy of Georgia School of Law | 10/15/2018 | Athens, GA | Teaching | Transportation, meals, and lodging |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | MONY Flexible Premium Adjustable Life n/k/a AXA Universal Life Policy | B | Dividend | L | T | | | | | |
| 2. | MONY Whole - n/k/a/ AXA Universal Life Policy | C | Dividend | M | T | | | | | |
| 3. | TD AmeriTrade, IRA (H) | | | | | | | | | |
| 4. | - TD AmeriTrade REIT | A | Dividend | J | T | | | | | |
| 5. | - TD AmeriTrade Money Market Account | A | Interest | J | T | | | | | |
| 6. | SunAmerica Focused Alpha Growth C1 A | A | Dividend | | | Sold | 07/11/18 | J | | |
| 7. | SunAmerica Focused Alpha Large-Cap C1 A | | None | | | Sold | 07/11/18 | J | | |
| 8. | Wells Fargo CD | A | Interest | J | T | | | | | |
| 9. | Ginger, LTD., Partnership | F | Rent | N | W | | | | | |
| 10. | | | | | | | | | | |
| 11. | Capital World Growth & Income (CWGIX) | A | Dividend | | | Sold | 03/01/18 | L | | |
| 12. | Delaware Emerging Markets Equity (DEMAX) | A | Dividend | | | Sold | 03/01/18 | K | | |
| 13. | Franklin Balanced Class A (FBLAX) | A | Dividend | | | Sold | 02/28/18 | M | | |
| 14. | SPDR Gold Trust Gold Shares (GLD) | A | Dividend | | | Sold | 03/02/18 | J | | |
| 15. | iShares Silver Trust (SLV) - Earned no income | A | Dividend | | | Sold | 03/02/18 | J | | |
| 16. | Federated Fund Prime Cash Trust | A | Dividend | | | Redeemed | 02/14/18 | M | | |
| 17. | Liberty Consulting, Inc. | | None | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard IRA (H) | | | | | | | | | |
| 19. BANKUNITED NA MIAMI LAKES FL CD FDIC#58979 IAM CPN 1.750 DUE 09/10/18 | A | Interest | | | Buy | 03/09/18 | K | | |
| 20. | | | | | Sold | 09/10/18 | K | A | |
| 21. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | Buy | 02/28/18 | L | | |
| 22. VANGUARD EMERGING MARKETS STOCK INDEX ADMIRAL CL VEMAX | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 23. VANGUARD 500 INDEX ADMIRAL CL VFIAX | A | Dividend | M | T | Buy | 02/28/18 | M | | |
| 24. VANGUARD SMALL CAP VALUE INDEX ADMIRAL CL (VSIAX) | A | Dividend | K | T | Buy | 02/28/18 | K | | |
| 25. VANGUARD TOT AL INTL STOCK INDEX ADMIRAL CL (VTIAX) | A | Dividend | J | T | Buy | 02/28/18 | J | | |
| 26. VANGUARD VALUE INDEX ADMIRAL CL | A | Dividend | K | T | Buy | 02/28/18 | K | | |
| 27. GOLDMAN SACHS BANK USA NEW YORK NY CD FDIC #33124 IAM CPN 2.000% DUE 0 | A | Interest | K | T | Buy | 03/05/18 | K | | |
| 28. WELLS FARGO BANK NA SIOUX FALLS SD CD CPN 2.200% DUE 09/16 | A | Interest | K | T | Buy | 03/12/18 | K | | |
| 29. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Davenport Core Fund, Davenport Small Cap Focus Fund and Davenport Balanced Income Fund -These assets should have been reported as sold on March 2, 2017, therefore these assets are not listed on the 2018 report.

Part VII, line 1 This calendar year 2018 report was amended to reflect that the asset listed on Part VII, line 1 was held for the full calendar year in 2018, not just part of the calendar year, as wa originally reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLARENCE THOMAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544